IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BECKY LOOP**,

        Plaintiffs,

    v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security**,

        Defendant.

No. 3:12-cv-01674-JE

OPINION AND ORDER

**MOSMAN, J.**,

On December 23, 2013, Magistrate Judge Jelderks issued his Findings and Recommendation ("F&R") [21] in the above-captioned case, recommending that the final decision of the Commissioner be affirmed. Ms. Loop filed objections [23], and the Commissioner responded [24].

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. I am not bound by the recommendations of the magistrate judge; instead, I retain responsibility for making the final determination. I am required to review de novo those portions of the report or any specified findings or recommendations within it to which an objection is made. 28 U.S.C. § 636(b)(1). However, I am not required to review, de novo or

1 – OPINION AND ORDER

under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether objections have been filed, in either case I am free to accept, reject, or modify any part of the F&R.  28 U.S.C. § 636(b)(1).

Upon review, I agree with Judge Jelderks's recommendation, and I ADOPT the F&R [21] as my own opinion.

IT IS SO ORDERED.

DATED this    4th    day of February, 2014.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge

2 – OPINION AND ORDER